1 Darryl Parker, CSB #95914
PREMIER LAW GROUP PLLC
2 3131 Elliott Avenue, Suite 710
Seattle, Washington 98121
3 (206) 285-1743 / Fax: (206) 599-6316

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JELANI JOHNSON, | ) Case No. 09-0702 JL |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO |
| vs. | ) CONTINUE JOINT CASE |
|  | ) MANAGEMENT STATEMENT HEARING |
|  | ) DATE |
| CITY OF CONCORD, a municipal corporation; and DAVID ESPINOSA a members of the Concord Police Department, | ) |
| Defendants. | ) |

### I. STIPULATION

**COMES NOW** the parties to the above-entitled matter, by and through their attorneys of record, and join in requesting that the court enter an order continuing the hearing date for the Joint Case Management conference in this matter, which is currently set for May 27, 2009 at 10:30 a.m. to June 10, 2009 at 10:30 a.m.

DATED this 22nd day of May, 2009.

---

STIPULATION AND ORDER TO CONTINUE JOINT
CASE MANAGEMENT STATEMENT HEARING DATE
(No. 09-0702 JL) - 1

PREMIER LAW GROUP PLLC
3131 Elliott Avenue, Suite 710
Seattle, Washington 98121
(206) 285-1743 / Fax: (206) 599-6316

| | |
|---|---|
| PREMIER LAW GROUP, PLLC<br>s/Darryl Parker<br>Darryl Parker, CSB #95914<br>Attorney for Plaintiff | s/Mark S. Coon<br>Mark S. Coon, CSB # 128122<br>Attorney for Defendants |

## II. ORDER

**IT IS HEREBY ORDERED** that the Joint Case Management Statement conference in this matter, currently scheduled to commence on May 27, 2009 at 10:30 a.m., is continued to June 10, 2009 at 10:30 a.m.

**DONE IN OPEN COURT** this 26 day of May , 2009.

_____
THE HONORABLE JAMES LARSON

STIPULATION AND ORDER TO CONTINUE JOINT
CASE MANAGEMENT STATEMENT HEARING DATE
(No. 09-0702 JL) - 2

PREMIER LAW GROUP PLLC
3131 Elliott Avenue, Suite 710
Seattle, Washington 98121
(206) 285-1743 / Fax: (206) 599-6316