IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JELANI JOHNSON,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF CONCORD AND DAVID ESPINOSA,<br><br>        Defendants._____/ | No. C 09-00702 JL<br><br>**ORDER RE DEFENDANTS' REQUEST TO BE EXCUSED FROM PERSONAL ATTENDANCE AT MEDIATION** |

The Court has received and reviewed the written submissions from the parties regarding Defendants' request to excuse Officer Espinosa from personal attendance at the mediation. Having considered the circumstances and noting that the individual officer is likely a primary source of relevant information, the Court DENIES Defendant Espinosa's request to be relieved from compliance with the ADR Local Rules.

Defendants' request to permit an Assistant City Attorney of the Concord City Attorney's Office to serve as the representative for Defendant City of Concord at the mediation is GRANTED.

**IT IS SO ORDERED.**

Dated: August 4, 2009

WAYNE D. BRAZIL
United States Magistrate Judge