```
 1  Darryl Parker, CSB #95914
    PREMIER LAW GROUP PLLC
 2  3131 Elliott Avenue, Suite 710
    Seattle, Washington 98121
 3  (206) 285-1743 / Fax: (206) 599-6316
    Attorney for Plaintiff
 4
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JELANI JOHNSON,<br><br>            Plaintiff,<br><br>vs.<br><br>CITY OF CONCORD, a municipal corporation; and DAVID ESPINOSA a members of the Concord Police Department,<br><br>            Defendants. | Case No.     09-0702 JL<br><br>STIPULATION AND ORDER TO DISMISS FEDERAL CLAIM THE CITY OF CONCORD |

### STIPULATION

**COME NOW** the parties, by and through their attorneys of record, and hereby stipulate and agree to dismiss all federal claims against the City of Concord.

The parties join in requesting that the court enter the subjoined Order to dismiss all federal claims against the City of Concord.

STIPULATION AND ORDER TO DISMISS A CLAIM
(Case No. 09-0702 JL) - 1

Premier Law Group pllc
3131 Elliott Avenue, Suite 710
Seattle, Washington 98121
(206) 285-1743 / Fax: (206) 599-6316

1  DATED this 2͞3 day of September 2009.

2

3  PREMIER LAW GROUP, PLLC                CONCORD CITY ATTORNEY'S OFFICE

4  _____          _____

5  Darryl Parker, CSB #95914              Mark S. Coon, CSB #128122
   Counsel for Plaintiff                  Counsel for Defendant City of Concord

STIPULATION AND ORDER TO DISMISS A CLAIM
(Case No. 09-0702 JL) - 2

PREMIER LAW GROUP PLLC
3131 Elliott Avenue, Suite 710
Seattle, Washington 98121
(206) 285-1743 / Fax: (206) 599-6316

## ORDER TO DISMISS A CLAIM

**THIS MATTER** having come before the court upon the foregoing stipulation of the parties and the court otherwise finding good cause, now, therefore,

**IT IS HEREBY ORDERED** that all federal claims against the City of Concord. be dismissed.

**DONE IN OPEN COURT** this 8th day of October 2009.

_____
United States Magistrate Judge

PREMIER LAW GROUP, PLLC

s/ Darryl Parker
Darryl Parker, CSB #95914
Attorney for Plaintiff


Copy Received; Approved as to Form:

CONCORD CITY ATTORNEY'S OFFICE

_____
Mark S. Coon, CSB # 128122
Counsel for Defendant City of Concord

STIPULATION AND ORDER TO DISMISS A CLAIM
(Case No. 09-0702 JL) - 3

PREMIER LAW GROUP PLLC
3131 Elliott Avenue, Suite 710
Seattle, Washington 98121
(206) 285-1743 / Fax: (206) 599-6316